WEINSTEIN & RILEY, P.S.
14 Penn Plaza, Suite 1300
New York, NY 10122-0049
By: Kenneth S. Jannette (KJ 6394)
Tel: 800-206-7410
Attorneys for Plaintiff
FIA Card Services, N.A. (F.K.A. MBNA America Bank, N.A.)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: Julia V Pashkovskaya, <br><br> Debtor. | : <br> : <br> : <br> : | Chapter 7 <br> CASE NO. 08-27447 GMB |
| FIA Card Services, N.A. (F.K.A. MBNA America Bank, N.A.), <br><br> Plaintiff, <br><br> v. <br><br> Julia V. Pashkovskaya, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Adv. Pro. No. 08-02720 GMB |

SUPPLEMENTAL AFFIDAVIT OF MICHELLE D. DUMONT

State of Delaware    )
                     )   ss
County of New Castle )

Now comes Michelle D. Dumont, a Vice President of FIA Card Services, N.A. ("FIA"), Plaintiff herein, after being duly sworn and cautioned states as follows:

1. On March 2, 2009, the Plaintiff filed an Affidavit of Michelle D. Dumont dated March 1, 2009 (the **Initial Affidavit**).

2. Since the execution of the Initial Affidavit, the Plaintiff has continued to make a reasonable inquiry into the records and other information within its

possession, custody, or control that relate to the credit-card account of the Defendant, Julia Pashkovskaya, account number xxxx-xxxx-xxxx-0452 (the **Account**).

3. As a result of that further inquiry, additional records and other information have become available that, together with previously available records and other information, reflect the following: The Account was originated by Fleet Bank (RI), National Association (**Fleet Bank**) on October 26, 2004, and later was transferred to Bank of America, National Association (USA) (**BANA (USA)**) in connection with its merger with Fleet Bank. On May 10, 2006, the Account was transferred by BANA (USA) to MBNA America Bank, National Association (now known as FIA).

4. The Plaintiff intends to continue making a reasonable inquiry into the records and other information within its possession, custody, or control that relate to the Account and to supplement the statements made in the Initial Affidavit and this Supplemental Affidavit as additional records and other information become available.

FURTHER AFFIANT SAITH NAUGHT

_____
Michelle D. Dumont

Sworn to and Subscribed in my presence this 13th day of April, 2009

_____
Notary Public

EILEEN M. LEACH
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Oct. 20, 2010