WEINSTEIN & RILEY, P.S.
By: Kenneth S. Jannette, Esq.
14 Penn Plaza, Suite 1300
New York, New York
Telephone:  (800) 206-7410
Facsimile:   (212) 268-9562
Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re:<br><br>Joseph J. Ruple and Julia V. Ruple (f.k.a. Julia Pashkovskaya)<br><br>　　　　　　Debtors. | Chapter 7<br><br>Bankruptcy No. 08-27447-GMB<br><br>Adv. No.: 08-02720-GMB<br><br>**NOTICE OF TAKING DEPOSITION** |
| FIA Card Servcies, N.A. (f.k.a. MBNA America Bank, N.A.)<br><br>　　　　　　Plaintiff,<br>　v.<br><br>Julia V. Pashkovskaya,<br><br>　　　　　　Defendant. | DATE: August 18, 2009<br><br>TIME: 10 a.m. |

To:　William Mackin, Esq.　　　　Julia V. Pashkovskaya
　　　William Mackin, P.C.　　　　 12 Poplar Avenue
　　　P.O. Box 304　　　　　　　　Blackwood, NJ 08012
　　　105 N. Broad Street
　　　Woodbury, NJ 08096

**YOU ARE HEREBY NOTIFIED** that on August 18, 2009, at 10 o'clock in the forenoon, plaintiff FIA Card Servcies, N.A. will take the oral deposition of Julia V. Pashkovskaya, defendant in this proceeding, at the United States Bankruptcy Court for the District of New Jersey – Camden Vicinage, located at 401 Market Street, Camden, New Jersey 08101.

Dated: August 14, 2009

　　　　　　　　　　　　　　　　　　　　　　　　WEINSTEIN & RILEY, PS

　　　　　　　　　　　　　　　By:　　_/S/ Kenneth S. Jannette_____
　　　　　　　　　　　　　　　　　　　Kenneth S. Jannette, Esq.